McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHADER WADE HABIBEH, | CV S-07-738 MCE GGH |
| Plaintiff, | |
| v. | **ORDER FOR AN EXTENSION OF TIME TO FILE ANSWER** |
| MICHAEL CHERTOFF, et al. | |
| Defendants. | |

  Plaintiff has filed a complaint alleging that defendants have failed to timely process his application for naturalization. Defendants respectfully inform the Court that plaintiff Habibeh's application is currently pending clearance by the Federal Bureau of Investigation. Under current protocol, all applications for naturalization are routed through the FBI for name and fingerprint checks, a process over which Citizenship and Immigration Services has no control. Once the FBI has cleared the application, CIS resumes the processing of the application in the most expedited manner possible.

  Because plaintiff's application is currently pending at the FBI, defendants request an extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot. An expedite request has been placed with the FBI. The typical time frame required by that agency for completion of the name and background check is 60 days from the date of the expedite request. Defendants therefore request an extension until August 17, 2007. This is defendants' first request for an extension in this case. Counsel for plaintiff advises that he opposes this motion.

1

1 | Dated: June 18, 2007

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

## ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on August 17, 2007.

IT IS SO ORDERED.

Dated: June 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE